IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

**JEAN BLACKBURN**,                           Civil File No. 11-cv-00666

      Plaintiff,

vs.                                   STIPULATION OF DISMISSAL
                                               WITH PREJUDICE

**COMMONWEALTH FINANCIAL SYSTEMS, INC.**,

      Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Jean Blackburn, and the defendant, Commonwealth Financial Systems, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                                   Respectfully submitted,

Dated:  December 2, 2011              By: /s/J. Mark Meinhardt
                                                   J. Mark Meinhardt, #53501
                                                   4707 College Boulevard, Suite 100
                                                   Leawood, KS  66211
                                                   Telephone: (913) 451-9797
                                                   Facsimile:  (913) 451-6163
                                                   MeinhardtLaw@sbcglobal.net
                                                   ATTORNEY FOR PLAINTIFF


Dated:  December 2, 2011              By: /s/Richmond M. Enochs
                                                   Richmond M. Enochs, #36819
                                                   Wallace, Saunders, Austin, Brown & Enochs, Chtd.
                                                   10111 West 87th Street
                                                   Overland Park, KS 66212
                                                   Telephone: (913) 888-1000
                                                   Facsimile:  (913) 1065
                                                   REnochs@WallaceSaunders.com
                                                   ATTORNEY FOR DEFENDANT