# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| JEAN BLACKBURN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 11-CV-00666-DW |
| ) | |
| COMMONWEALTH FINANCIAL SYSTEMS, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the parties' Stipulation of Dismissal With Prejudice (Doc. 16). Pursuant to the Stipulation, it is hereby ORDERED that the above-captioned case is DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorneys' fees. The Clerk of Court is directed to terminate any pending motions, and to then mark this case as closed.

IT IS SO ORDERED.


Date:   December 8, 2011                           /s/ Dean Whipple
                                                                                       Dean Whipple
                                                                     United States District Judge